IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:17-cr-142-DPM

MARIA DE JESUS JIMENEZ     DEFENDANT

## ORDER

Jimenez moves to serve the remainder of her sentence in home confinement or a halfway house on prerelease custody. She says this is appropriate because the Bureau of Prisons has failed to implement the Family Unity Demonstration Project, which would allow "eligible prisoners to live in community correctional facilities with their children." 34 U.S.C. § 12261(a). But this Court has no authority to grant the relief Jimenez seeks. 18 U.S.C. §§ 3582(c), 3621(b) & 3624(c); *United States v. Wright*, 2008 WL 4219076, at *1 (D. Utah 15 Sept. 2008). Further, Congress never appropriated funds for the Project. *Soto v. Upton*, 2018 WL 3196956, at *1 (N.D. Tex. 29 June 2018). Jimenez's claim that the Bureau is violating the law by not implementing the Project therefore fails. 34 U.S.C. § 12261(a). Motion, *Doc. 69*, denied.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2020